THE PEOPLE *v.* MELÉNDEZ ET AL.

APPEAL from the District Court of Guayama.

No. 33.—Decided October 25, 1906.

APPEAL—BILL OF EXCEPTIONS—STATEMENT OF FACTS.—Where there is no bill
of exceptions or statement of facts in the record and it does not appear
therefrom that any error was committed which would warrant the reversal of
the judgment appealed from, the same must be affirmed.

The facts are stated in the opinion.

*Mr. Rossy, fiscal,* for respondent.

The appellant did not appear.

MR. JUSTICE MACLEARY delivered the opinion of the court.

In this case the appellants were prosecuted in the District
Court of Guayama for the crime of adultery, and were con-
victed and sentenced, on the 29th of May of the present year,
to a year and a half imprisonment in jail and to the payment
of costs.

From this judgment of the trial court they took an appeal
to this court, the transcript being filed here on the 2d of July.
This appeal was clearly taken for delay, thus abusing the
privileges granted to defendants for their protection against
mistakes or injustices in the trial court.

It appears that the male defendant, Rufino Meléndez, was
married and had abandoned his wife, and was living in
adultery with María Román, his codefendant, in the jurisdic-
tion of Guayama.

Nothing appears in the record save the barest outline of
the trial, the information and judgment, and the motion of
appeal. There is neither a statement of facts, bill of excep-
tions nor assignment of errors, nor did the parties appear in
this court either in person or by attorney. Such being the
case, there is nothing to show that the judgment rendered was
in any way improper or informal, but every presumption in
its favor must be indulged in. Accordingly, the judgment of

the district court convicting the defendants and sentencing them to imprisonment should be affirmed.

*Affirmed.*

Chief Justice Quiñones, and Justices Hernández, Figueras and Wolf concurred.